AO 442 (Rev. 01/09) Arrest Warrant

10260657

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| v. | ) |
| CARL SARA, | ) Case No. 1:17-MJ-66 |
| a/k/a CARL MARTIN SARA | ) |
| | ) |
| Defendant | |

FILED
FEB 14 2017

2017 FEB 13  PM 3:32
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

RECEIVED
UNITED STATES MARSHAL

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CARL SARA,   a/k/a CARL MARTIN SARA                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
Attempted Coercion and Enticement of a Minor to Engage in Criminal Activity.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Date:   02/13/2017

*Issuing officer's signature*

City and state:   Alexandria, Virginia             Honorable Theresa C. Buchanan, U. S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/13/2017 , and the person was arrested on *(date)* 2/14/2017
at *(city and state)* Springfield, VA .

Date:  2/14/2017

*Arresting officer's signature*

SPECIAL AGENT PETER KAUPP
*Printed name and title*