**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 1:17-mj-66 (TCB/AJT) |
| | ) | |
| **CARL SARA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AMENDED NOTICE OF HEARING

Please take notice that Defendant's Motion to Revoke Detention Order will be heard on Tuesday, March 14, 2017 at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 701 in the United States District Court for the Eastern District of Virginia, 401 Courthouse Square, Alexandria, Virginia 22314.

Respectfully submitted,

/s/
Todd M. Richman, Esq.
Virginia Bar No. 41834
Maria N. Jacob, Esq.
Virginia Bar No. 91330
Assistant Federal Public Defenders
Attorneys for Mr. Sara
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0845 (T)
(703) 600-0880 (F)
Todd_Richman@fd.org (e-mail)

**CERTIFICATE OF SERVICE**

 I hereby certify that on March 8, 2017, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James Burke, Esq.
Special Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia  22314
(703) 299-3700

 Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing (and assignment of this Motion to a District Judge).

              /s/
            Todd M. Richman, Esq.
            Assistant Federal Public Defender
            Virginia Bar No. 41834
            Attorney for Mr. Sara
            Office of the Federal Public Defender
            1650 King Street, Suite 500
            Alexandria, Virginia 22314
            (703) 600-0845 (T)
            (703) 600-0880 (F)
            Todd_Richman@fd.org (e-mail)