# ARRAIGNMENT MINUTES – March 29, 2017

**Judge: Gerald Bruce Lee**
**6th Floor, Courtroom 601**

**Rptr: R. Wilson**

**Time: 11:24 – 11:27 a.m.**

| | | |
|---|---|---|
| SARA,     Carl<br>a/k/a "Carl Martin Sara" | **1:17cr54**<br>**In Custody**<br>**Remanded** | SAUSA: James E. Burke IV & Nathaniel Smith<br>Defense: Todd Richman<br>**Motions Hearing: 6/16/17 9:00 a.m.**<br>**Trial: JURY 7/24/17 10:00 a.m.**<br>Date Returned: 03/16/17<br>Speedy Trial: 05/25/17 **WAIVED** |

(Attempted Sex Trafficking of Children, Attempted Coercion & Enticement of a Minor, Travel with Intent to Engage in Illicit Sexual Conduct, Transportation of Child Pornography, and Possession of Child Pornography)

Deft WFA, PNG, and demanded a jury trial.

Motions are due 4/18/17. Responses in opposition are due 4/25/17.

Discovery Order entered and filed.

Speedy trial waiver entered and filed.