RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2017 APR 21 P 2: 26

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA     )
     )
       v.     ) Criminal No. 1:17-CR-54
     )
CARL SARA     )
     )

PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated

below for appearance before said Court at Alexandria, Virginia in United States District Court at

10:00 o'clock a.m., on the 24th day of July, 2017, then and there to testify on behalf of the

United States:

<u>25 sets (50 blanks)</u>

This 21st day of March, 2017.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Nathaniel Smith
Assistant United States Attorney

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case                    **RECEIVED**

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia                    **2017 APR 21  P 2: 26**

|  |  |  |
|---|---|---|
| United States of America | ) | **CLERK US DISTRICT COURT** |
| v. | ) | **ALEXANDRIA, VIRGINIA** |
|  | ) | Case No. 1:17-CR-54 |
| CARL SARA | ) |  |
| *Defendant* | ) |  |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

        **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.:  Judge Gerald Bruce Lee, 6th Floor |
|---|---|
|  | Date and Time:  July 24, 2017, 10:00 a.m. |

        You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:


        *(SEAL)*


Date:    04/21/2017

                                                    *CLERK OF COURT*

                                        _____
                                        *Signature of Clerk or Deputy Clerk*


The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    United States
_____ , who requests this subpoena, are:

Nathaniel Smith
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700