IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:17-cr-54 |
| | ) | |
| CARL SARA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Defendant's Motion for Extension of Time to File Motions, for the reasons stated in the Motion, and for good cause shown,

It is hereby ORDERED that the Motion is GRANTED.

And it is FURTHER ORDERED that the time within which the defense may file pretrial motions is hereby extended through May 2, 2017.

                                                                                    /s/
                                                            Gerald Bruce Lee
                                                            United States District Judge

Date: April __, 2017
Alexandria, VA

                                                            The Honorable Gerald Bruce Lee
                                                            United States District Judge