Date: 06/27/17        Judge: Lee              Reporter: R. Wilson
Time: 9:30 to 9:40

# CRIMINAL HEARING

Case Number: 1:17CR00054-001

UNITED STATES OF AMERICA
vs.
CARL SARA

| Counsel for Government | Counsel for Defendant |
|---|---|
| James Burke | Todd Richmond |
| Nathaniel Fletcher | |

Christopher Muha present and has entered his appearance in the case. Jonathan Jefferess present and indicated he is going to enter his appearance after he is admitted this morning.

Defendant's [40] Motion for Continuance of Trial Date – Granted, Case to be reassigned to another Judge. Counsel to block of 10/2/17 to 10/13/17 for a potential new trial date. The Court indicated that counsel would be contacted by the chambers of the Judge assigned to set the trial date.

Defendant waives speedy trial, and the Court finds the interest of justice requires going outside the confines of the Speedy Trial Act. Speedy Trial waiver filed in open court.

Defendant remanded.