# UNITED STATES DISTRICT COURT
## Criminal Minutes - General

Case No.: **1:17-CR-00054**          Date: **6-30-2017**

Court Time: **9:05 – 9:07**

_____

Docket Entry:    **STATUS CONFERENCE**
_____

**UNITED STATES OF AMERICA**

v.

**CARL SARA**


Present:    Honorable Anthony J. Trenga, U.S. District Judge
           Janice Allen, Deputy Clerk
           Rhonda Montgomery, Court Reporter
           F. Nathaniel Smith, Asst. U.S. Atty.
           James Burke, Asst. U.S. Atty.
           Christopher Muha, Deft. Atty.


PROCEEDINGS:
This matter came on for a Status Conference to set a trial date. Def. Counsel requests a new motions deadline be set.
Motions to be filed by 9/08/2017 w/Motions Hearing held on 9/29/2017 at 9:00 a.m.
JURY Trial set for 10/10/2017 at 10:00 a.m.

Deft. remanded.