# UNITED STATES DISTRICT COURT
## Criminal Minutes - General

Case No.: **1:17-CR-00054**　　　　　　　　　　　　Date: **7-28-2017**

Court Time: **9:06 – 9:09**

_____

Docket Entry:　　**DOCKET CALL**

_____

**UNITED STATES OF AMERICA**

v.

**CARL SARA**


Present:　　Honorable Anthony J. Trenga, U.S. District Judge
　　　　　　Janice Allen                  , Deputy Clerk
　　　　　　Rhonda Montgomery        , Court Reporter
　　　　　　F. Nathaniel Smith             , Asst. U.S. Atty.
　　　　　　James Burke                    , Asst. U.S. Atty.
　　　　　　Christopher Muha            , Deft. Atty.


PROCEEDINGS:
This matter came on for an Arraignment.   Def. Counsel did not appear.   Matter to be rescheduled to a later date, once the govt. contacts counsel.