# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **PLEA AGREEMENT HEARING** |
| **CARL SARA** | Case No. 1:17CR54 |

| | |
|---|---|
| HONORABLE LIAM O'GRADY presiding | Time Called: 11:01 a.m. |
| Proceeding Held: September 6, 2017 | Time Concluded: 11:26 a.m. |
| Deputy Clerk: Amanda | Court Reporter: N. Linnell |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | James Burke, Nathaniel Smith |
| CARL SARA in person and by: | Christopher Muha, John Jefferson |
| INTERPRETER: None | ☐ Interpreter Sworn |

- ☒ Defense counsel advises that defendant wishes to enter a plea of guilty
- ☒ Plea agreement filed
- ☒ Defendant has reviewed plea agreement with counsel and is satisfied w/representation
- ☒ Defendant sworn
- ☐ Defendant advised that false statements made under oath may result in prosecution for perjury
- ☒ Court questions defendant as to background, education, medical history, drug usage

- ☒ Court advises defendant as to:
  - ☒ Elements of the offense
  - ☒ Maximum penalties
  - ☒ Mandatory minimum sentence
  - ☒ Forfeiture provision
  - ☒ Sentencing guidelines
  - ☒ Right to a jury trial
  - ☒ Waiver of appeal rights
- ☒ Government provides factual basis as set forth in plea agreement

- ☒ GUILTY plea entered to Count(s) Two of the ☐ indictment, ☒ superseding indictment, ☐ information
- ☒ PSR ordered
- ☒ Sentencing set for: December 8, 2017 @ 9:00 a.m.

- ☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea
  - ☒ Defendant adjudged guilty
- ☒ JT dates removed from court calendar

☒ Detention continued; or   ☐ Bond continued:   ☒ as previously set, or   ☐ as modified: