UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARL SARA,<br><br>a/k/a CARL MARTIN SARA<br>Defendant. | Criminal No. 1:17-cr-54 |

### ORDER

The Defendant, CARL SARA, having entered a plea of guilty to count 2 of the superseding indictment charging him with a violation of Title 18, United States Code, Section 2422(b) pursuant to the agreement entered between the defendant and the United States, the Court having accepted that plea, and the United States having moved to dismiss the remaining counts in the superseding indictment against the defendant in open court, it is therefore ORDERED that Count 1 and Counts 3 through 7 of the superseding indictment against the defendant are hereby DISMISSED.

/s/
Liam O'Grady
United States District Judge
The Hon. Liam O'Grady
United States District Judge

Date: Sept 6, 2017
Alexandria, Virginia

We ask for this:

Dana J. Boente
United States Attorney

By: _____
Nathaniel Smith III
Assistant United States Attorney
James E. Burke IV
Special Assistant United States Attorney (LT)